**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-7781**

_____

FRANK ERVIN ALTIZER, JR.,

Plaintiff - Appellant,

versus

GEORGE DEEDS, Warden, Keen Mountain Correc-
tional Center; MARGARET WATKINS; GLEN E.
CONRAD; ALAN KATZ; PAMELA ANNE SARGENT; D. A.
BRAXTON,

Defendants - Appellees.

_____

**No. 95-7782**

_____

FRANK ERVIN ALTIZER, JR.,

Plaintiff - Appellant,

versus

RON ANGELONE; SUPERVISOR SPRADLIN; COUNSELOR
VASS; SERGEANT PAYNE; EDWARD C. MORRIS; GENE
M. JOHNSON; RICHARD A. YOUNG; LONNIE M.
SAUNDERS; Y. ELSWICK,

Defendants - Appellees.

---

**No. 95-7783**

---

FRANK ERVIN ALTIZER, JR.,

Plaintiff - Appellant,

versus

RON ANGELONE; GENE M. JOHNSON; RICHARD A. YOUNG; GEORGE DEEDS; D. A. BRAXTON; MARGRET WATKINS; MIKE SPRADLING; JAMES W. COFFEE; JULIE HALL; ALAN KATZ; PAMELA ANNE SARGENT; MARY E. SHEA, Esquire; T. P. KAGEY; GLEN E. CONRAD,

Defendants - Appellees.

---

**No. 95-7784**

---

FRANK ERVIN ALTIZER, JR.,

Plaintiff - Appellant,

versus

R. A. YOUNG; GEORGE DEEDS; D. A. BRAXTON; R. C. METHENA,

Defendants - Appellees.

2

No. 95-7785

FRANK ERVIN ALTIZER, JR.,

                                        Plaintiff - Appellant,

        versus

RONALD J. ANGELONE; ALAN KATZ; PAMELA ANNE
SARGENT; T. P. KAGEY; CASSANDRA HARISTON;
GEORGE DEEDS; D. A. BRAXTON; MARGARET WATKINS;
GENE M. JOHNSON; RICHARD A. YOUNG; PATRICK J.
CURNEY; Y. ELSWICK; P. J. RICH; SUSAN COX;
WANDA BARTON; J. W. BAKER; GLEN E. CONRAD,

                                        Defendants - Appellees.

Appeals from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, District Judge.
(CA-95-1069-R, CA-95-1070-R, CA-95-1071-R, CA-95-1072-R, CA-95-
1073-R)

Submitted:  February 7, 1996        Decided:  February 26, 1996

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Frank Ervin Altizer, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Altizer v. Deeds</u>, No. CA-95-1069-R; <u>Altizer v. Angelone</u>, Nos. CA-95-1070-R; CA-95-1071-R; CA-95-1073-R; <u>Altizer v. Young</u>, No. CA-95-1072-R (W.D. Va. Oct. 6 & 10, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

4